**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **MARCUS INGRAM, Individually,** | : | |
| **Plaintiff,** | : | |
| | : | **Case No. 5:24-cv-188** |
| **v.** | : | |
| **FUN PASS ENTERTAINMENT, LLC A Limited Liability Company** | : | |
| **Defendant.** | : | |

# JOINT NOTICE OF SETTLEMENT

Plaintiff, Marcus Ingram ("Plaintiff") and Defendant Fun Pass Entertainment, LLC ("Defendant") hereby notify this Court the parties have reached a resolution of this matter. The parties are in the process of finalizing a written settlement agreement and anticipate filing a Dismissal with Prejudice within fourteen (14) days. The parties further request that this Court stay all proceedings until at such time the parties have consummated said settlement.

*/s/ Pete M. Monismith*
Pete M. Monismith, Esq.
3945 Forbes Ave., #175
Pittsburgh, PA 15213
Ph: 724-610-1881
Fax: 412-258-1309
Pete@monismithlaw.com
***Attorney for Plaintiff***

/s/ C. Andrew Weddle
C. Andrew Weddle
Florida Bar No. 0042866
aweddle@handfirm.com
lkreeger@handfirm.com.
P. O. Box 1579
Panama City, FL 32401
(850) 769-3434 - Telephone
(850) 769-6121 - Fax
***Attorney for Defendant***